IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Gloria Marquez,

    Plaintiff

vs.                                       Case No. 2:13-cv-00841-JAP-WPL

Martin, Lutz, Roggow & Eubanks, P.C.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendant.  The Court notes that the parties have advised the Court that this matter has been settled.  Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Gloria Marquez, brought or could have brought in this action against Defendant, Martin, Lutz, Roggow & Eubanks, P.C., its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

                                                                                 UNITED STATES DISTRICT JUDGE

**APPROVED BY:**

**LAW OFFICE OF ANITA M. KELLEY**

s/Anita M. Kelley
Anita M. Kelley
Law Office of Anita M. Kelley
913-A Fifth Street NW
Albuquerque, NM 87102
(505) 750-0265
*Attorney for Plaintiff*

*Co-counsel with WEISBERG & MEYERS, LLC*

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@AttorneysForConsumers.com

and

**MARTIN, LUTZ, ROGGOW & EUBANKS, P.C.**

s/ William L. Lutz
William L. Lutz
David P. Lutz
Martin, Lutz, Roggow & Eubanks, P.C.
2100 North Main Street
Las Cruces NM 88001
(575) 323-0567
*Attorneys for Defendant*